IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JESSE FURSE,<br><br>　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:21-CR-302 DS<br><br>District Judge David Sam |

　　　This matter is before the Court on Defendant Jesse Furse's Motion for Early Termination of Supervised Release. The government has not responded to the Motion, But the court received a response from United States Probation and in that response it was indicated that the government objected to early termination. For the reasons discussed below, the Court will deny the Motion.

　　　Defendant was charged with Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct. He was sentenced on July 14, 2011 to a term of imprisonment of 60 months, to be followed by 9 years of supervised release. Defendant has been on supervision for three years with no known instances of noncompliance. In his Motion, Defendant states that he has been compliant with the terms of his supervised release, including completing therapy and maintaining steady employment. He submits that he is ready to be released from supervision. Consultation with Defendant's supervising officer confirms that Defendant has done well while on supervision.

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Considering these factors, the Court finds that termination of Defendant's supervised release is not appropriate at this time. While the Court commends Defendant on his success and progress, the Court believes that an additional period of supervision will be beneficial.

It is therefore ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 7) is DENIED without prejudice.

DATED this 24th day of May, 2024.

BY THE COURT:

_____
DAVID SAM
United States District Court
Senior Judge